# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00125-CV

---

**Mike Morath, Texas Commissioner of Education, and
La Villa Independent School District, Appellants**

**v.**

**Dr. Paz Elizondo, Appellee**

---

### FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-002025, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

By order dated January 23, 2025, we abated this appeal and remanded this cause to the trial court, which rendered an amended judgment signed February 12, 2025. Appellants filed notices of appeal from the amended judgment to the Fifteenth Court of Appeals. As the amended judgment vacated the judgment from which this appeal was taken, this appeal is moot and we lack jurisdiction over it.

We dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

J. Woodfin Jones, Justice

Before Justices Triana, Crump, and Jones*

Dismissed for Want of Jurisdiction

Filed: August 8, 2025

*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. See Tex. Gov't Code § 74.003(b).